UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY WASHINGTON,

    Plaintiff,

v.                                              CASE NO.: 8:13-cv-2244-T-23KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

A November 21, 2014 report (Doc. 21) recommends affirming the Commissioner's decision. More than seventeen days has passed, and the plaintiff fails to object. The report and recommendation (Doc. 21) is **ADOPTED**. The Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on December 9, 2014.

                                                              STEVEN D. MERRYDAY
                                                       UNITED STATES DISTRICT JUDGE